# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MIDLAND CREDIT MANAGEMENT, INC., <br><br>    Plaintiff, <br><br>  v. <br><br>CELIA OROZCO, and DOES 1 through 10, inclusive, <br><br>    Defendant. <br>――――――――――――――― <br>CELIA OROZCO, <br><br>    Counterclaim Plaintiff <br><br>v. <br><br>MIDLAND CREDIT MANAGEMENT, INC., and ROES 1 through 10, inclusive <br><br>    Counterclaim Defendant <br>――――――――――――――― | Case No. 8:21-cv-01265-JLS-JDE <br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT** <br><br>Judge: Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | Pursuant to the Court's Order to Show Cause Dated 8/23/21 addressing Subject Matter Jurisdiction, the parties through their respective attorneys hereby Stipulate to remand the matter to the Superior Court for The State of California, County of Orange, Case No. 30-2021-0126469, for all purposes. |

Upon execution of the Order filed herewith, Counsel for Defendant / Counterclaim Plaintiff CELIA OROZCO, shall give notice to all parties and to the Orange County Superior Court.

Date: August 31, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE